**Order entered July 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00569-CV

**TERESA WARD COOPER, AS NEXT FRIEND OF JANE DOE/D.T., Appellant**

**V.**

**FIRST FINANCIAL BANK, N.A., Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01566-2016**

## ORDER

Before the Court are appellant's (1) June 28, 2019 motion to abate the appeal to allow the trial court an opportunity to file overdue findings of fact and conclusions of law; (2) appellant's July 3, 2019 letter, which we construe as a motion, stating the reporter's record is incomplete and asking for assistance in obtaining the complete record; and, (3) appellee's July 3, 2019 response to the motion to abate, asserting findings and conclusions are unnecessary because the trial judge stated the basis for his ruling on the record. We rule as follows.

We **GRANT** the motion to abate and **ORDER** the Honorable Benjamin N. Smith, Presiding Judge of the 380th Judicial District Court, to make findings of fact and conclusions of law in accordance with Texas Rule of Civil Procedure 297 no later than August 7, 2019. We further **ORDER** any request for specified additional or amended findings or conclusions be

made by August 19, 2019 and any additional or amended findings and conclusions be filed by August 29, 2019. The trial court's findings of fact and conclusions of law, any request for additional or amended findings and conclusions, and any additional or amended findings and conclusions shall be filed in a supplemental clerk's record with this Court no later than September 4, 2018.

We further **GRANT** appellant's motion concerning the reporter's record as the record is incomplete. We note court reporter Robyn Rodriguez filed a five-volume record June 27, 2019. The master index reflects the record consists of the transcript of an April 20, 2017 hearing, a February 8, 2019 hearing, and a February 11, 2019 hearing. However, rather than including the transcript of the February 8th hearing, the record of the February 11th hearing is included twice. Accordingly, we **STRIKE** the record filed June 27th and **ORDER** Ms. Rodriguez to file a corrected record no later than September 4, 2018.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Smith, Collin County District Clerk Lynn Finley, Ms. Rodriguez, and all counsel of record.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated no later than September 16, 2019.


/s/    KEN MOLBERG
JUSTICE